

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00659-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Margarita **LOPEZ**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV05720
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: April 1, 2020

DISMISSED

Appellant City of San Antonio filed an unopposed motion to dismiss this appeal. The motion states the parties have settled their dispute. Appellant's motion to dismiss this appeal is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM